# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN A. CARROLL, | Case No. 1:15-cv-01691-AWI-SKO |
| Plaintiff, | |
| v. | **ORDER STAYING LITIGATION** |
| CITY OF MODESTO, and DOES 1 to 5, | |
| Defendants. | |

On January 29, 2016, the parties filed a stipulation requesting that the Court enter a stay of proceedings. The parties agree that Plaintiff Stephen A. Carroll is presently a defendant in a criminal case filed against him in the Superior Court of California, County of Stanislaus, Case No. 1482626, that arose from the same facts underlying Plaintiff's Complaint in this civil action. Trial in the state criminal matter is currently set for June 14, 2016.

Having reviewed the parties' stipulation, the Court grants the request to suspend further litigation in this matter until the Stanislaus County Superior Court matter is resolved.

Accordingly, IT IS HEREBY ORDERED that:

1. This litigation is STAYED until August 15, 2016;
2. The Scheduling Conference set for February 9, 2016, is VACATED; and

3. Within fourteen (14) days of resolution of the Stanislaus County Superior Court matter, the parties shall file a status report indicating whether the litigation may proceed.

IT IS SO ORDERED.

Dated:   **February 1, 2016**                          /s/ Sheila K. Oberto
                                                        UNITED STATES MAGISTRATE JUDGE