UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEPHEN A. CARROLL,** | **CASE NO. 1:15-CV-1691 AWI SKO** |
| Plaintiff | |
| v. | **ORDER FOR PARTIES TO SUBMIT STATUS REPORT** |
| **CITY OF MODESTO and DOES 1 to 5,** | |
| Defendants | |

This case is currently stayed pending a criminal trial against Plaintiff in Stanislaus County. On August 8, 2016, Defendant filed a status report that indicated Plaintiff's criminal trial was set for December 13, 2016.  See Doc. No. 17.  Since August 8, 2016, no further filings have been made in this case.  Given the passage of time, and in particular a scheduled criminal trial date that has now passed, it is appropriate for the parties to file a status report so that preparations can be made for this case to move forward.

Accordingly, IT IS HEREBY ORDERED that the parties shall file a status report as soon as possible, but no later than February 17, 2017.

IT IS SO ORDERED.

Dated:  February 8, 2017                             _____
                                                                                SENIOR  DISTRICT  JUDGE