UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN A. CARROLL , <br><br>Plaintiff, <br><br>v. <br><br>CITY OF MODESTO, and DOES 1 to 5, <br><br>Defendants. | CASE NO. 1:15-CV-1691 AWI SKO <br><br>ORDER DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT AND CLOSING CASE IN LIGHT OF NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE <br><br>(Doc. Nos. 4, 23) |

On November 25, 2015, Defendant City of Modesto ("Modesto") filed a motion to dismiss Plaintiff Stephen Carroll's ("Carroll") complaint for failure to state a claim upon which relief can be granted under Federal Rule of Civil Procedure 12(B)(6). See Doc. No. 4. On March 31, 2017, Carroll filed a notice of voluntary dismissal without prejudice. See Doc. No. 23.

Rule 41(a)(1), in relevant part, reads:

> (A) . . . the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared. . . . (B) Unless the notice or stipulation states otherwise, the dismissal is without prejudice.

Dismissals under Rule 41(a)(1)(A), when properly filed, are effective immediately and do not require a court order/court approval. See Fed. R. Civ. P. 41(a)(1); Yesh Music v. Lakewood Church, 727 F.3d 356, 362 (5th Cir. 2013); Commercial Space Mgmt. Co. v. Boeing Co., 193 F.3d 1074, 1077 (9th Cir. 1999); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).

Here, no answers to Crowell's complaint and no motions for summary judgment have been filed in this case, and it appears that no such documents have been served. Because Carroll has exercised his right to voluntarily dismiss his complaint without prejudice under Rule 41(a)(1), this case has terminated automatically. <u>See</u> Fed. R. Civ. P. 41(a)(1)(A)(i); <u>Wilson</u>, 111 F.3d at 692. Further, in light of Carroll's voluntary dismissal, Modesto's motion to dismiss is now moot and will be denied as such.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk shall CLOSE this case in light of Plaintiff's Rule 41(a)(1) voluntary dismissal without prejudice; and
2. Defendant's motion to dismiss (Doc. No. 4) is DENIED as moot.

IT IS SO ORDERED.

Dated: __March 31, 2017__                   _____
                                             SENIOR DISTRICT JUDGE